FILED '08 AUG 05 14:37 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS DAVID WEATHERS,

        Petitioner,        Civil No. 08-299-TC

        v.                    ORDER

JEFF E. THOMAS,

        Respondent.

COFFIN, Magistrate Judge.

    Petitioner's Motion to Dismiss (#14) is allowed. Petitioner's Petition (#1) is denied. This proceeding is dismissed. The Clerk is directed to enter a Judgment of Dismissal with prejudice.

    DATED this 5 day of August, 2008.

                              Thomas M. Coffin
                              United States Magistrate Judge

1 - ORDER